1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  RONALDO AYALA,                      )    No. C 15-3037 RMW (PR)
                                        )
12              Plaintiff,              )    ORDER GRANTING AMRHEIN-
                                        )    CONAMA'S MOTION FOR
13       v.                             )    EXTENSION OF TIME TO FILE
                                        )    DISPOSITIVE MOTION
14  DR. J. GRANT, et al.,               )
                                        )
15              Defendants.             )    (Docket No. 11)
    _____)

16          Plaintiff, a California state prisoner proceeding <u>pro se</u>, filed a civil action in state court.[1]

17  On November 6, 2015, the court ordered service and directed defendants to file a dispositive

18  motion within ninety days.  Counsel for defendant T. Amrhein-Conama has filed a motion

19  requesting an extension of time until March 31, 2016 to file a dispositive motion.  (Docket No.

20  11.)  The motion is **GRANTED**.  T. Amrhein-Conama's dispositive motion is due **no later than**

21  **March 31, 2016.**  Plaintiff must file an opposition no later than twenty-eight days after the

22  motion is filed.  T. Amrhein-Conama shall file a reply brief fourteen days thereafter.

23          IT IS SO ORDERED.

24  DATED:  2/3/2016                     _Ronald M. Whyte_
                                          _____
25                                        RONALD M. WHYTE
                                          United States District Judge

26

27          [1] On June 30, 2015, defendants filed a notice of removal to federal court because

28  plaintiff's complaint indicated that he was filing a lawsuit pursuant to 42 U.S.C. § 1983. (Docket
    No. 1.)